**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 03-6882**

———————

In re:  JERRY SINGLETARY,

                                                  Petitioner.

———————

On Petition for Writ of Mandamus. (CR-90-86)

———————

Submitted: October 20, 2003          Decided:  February 3, 2004

———————

Before LUTTIG, WILLIAMS, and TRAXLER, Circuit Judges.

———————

Petition denied by unpublished per curiam opinion.

———————

Jerry Singletary, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jerry Singletary petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his application for a certificate of appealability. He seeks an order from this court directing the district court to act. Our review of the docket sheet reveals that the district court entered an oral order denying the motion as moot and directing the Clerk of the Court to docket the motion and forward it to this Court for disposition. Accordingly, because the district court has recently decided Singletary's case, we grant Singletary leave to proceed in forma pauperis but deny the mandamus petition as moot. We also deny the Government's motion to consolidate this case with United States v. Singletary, Case No. 03-7259. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DENIED